UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI JIANG,<br><br>        Plaintiff,<br><br>    v.<br><br>NEW MILLENNIUM CONCEPTS INC.,<br><br>        Defendant. | Case No. 15-cv-04722-JST<br><br>**CASE MANAGEMENT ORDER** |

    Good cause appearing, the Case Management Conference currently scheduled for January 13, 2016 is CONTINUED to April 13, 2016 at 2:00 p.m.  An updated Case Management Statement is not required.

    Plaintiff is ordered to file an Application for Entry of Default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, not later than January 28, 2016.

    Not later than 30 days from entry of default, Plaintiff is ordered to file an application for entry of default judgment, directed either to the Clerk of the Court or to the undersigned, depending on the circumstances of Plaintiff's claim.  See Fed. R. Civ. P. 55(b).

    IT IS SO ORDERED.

Dated:  January 7, 2016

_____
JON S. TIGAR
United States District Judge