UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LI JIANG,

        Plaintiff,

    v.

NEW MILLENNIUM CONCEPTS INC.,

        Defendant.

Case No. 15-cv-04722-JST

**ORDER TO SHOW CAUSE**

Re: ECF No. 15

Before the Court is Plaintiff's Motion for Entry of Default Judgment. ECF No. 15. Because Plaintiff was unable to serve Defendant by traditional means, the Court previously granted Plaintiff's motion for an order that Defendant be served via the California Secretary of State pursuant to Cal. Corp. Code § 1702. ECF No. 7. In its Motion for Entry of Default Judgment, Plaintiff asserts that "Defendant was served with a Summons and Complaint via service on the California Secretary of State." ECF No. 15 at 2 (citing ECF No. 9).

In reviewing Plaintiff's Motion for Entry of Default Judgment, the Court notes that several of the exhibits attached to the Complaint list a different address for Defendant than the one upon which Plaintiff originally attempted service: 10053 Whittwood Dr. Suite 1914, Whittier, CA 90609. See ECF Nos. 1-1 at 2, 1-2 at 2, 6-1, 9-4. Accordingly, the Court orders Plaintiff to show cause explaining what efforts, if any, were made to serve Defendant at the address listed on the exhibits attached to the Complaint. The Court further orders Plaintiff to show cause why he should not be required to attempt service at that address.

///

///

///

///

1     Plaintiff shall respond to the order to show cause within fourteen days of the filing date of
2 this order.
3     IT IS SO ORDERED.
4 Dated: June 15, 2016

_____
JON S. TIGAR
United States District Judge